# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 07-20090-01-KHV |
| | ) | |
| STEVE LOGAN, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's unopposed <u>Motion To Withdraw First Step Act Motion Without Prejudice</u> (Doc. #411) filed May 30, 2019.  Defendant asks the Court to withdraw his request for a sentence reduction under the First Step Act of 2018, but the Court has already overruled his request for relief.  <u>See</u> <u>Memorandum And Order</u> (Doc. #397) filed February 8, 2019 (overruling defendant's pro se <u>Motion For Sentence Reduction Under The Retroactive Application Of The Fair Sentencing Act</u> (Doc. #396) filed January 7, 2019).[1]  Accordingly, defendant's unopposed <u>Motion To Withdraw First Step Act Motion Without Prejudice</u> (Doc. #411) filed May 30, 2019 is **OVERRULED as moot**.

**IT IS SO ORDERED.**

Dated this 19th day of June, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1] The Court recognizes that defendant has filed a motion to reconsider.  <u>See</u> <u>Motion To Reconsider</u> (Doc. #399) filed February 20, 2019.  In that motion, he asks the Court to set aside the prior order which denied relief and order a full resentencing under the First Step Act.  The government opposed defendant's motion to reconsider, and the motion remains pending.  Based on defendant's present request to withdraw his original motion, the parties may file supplemental memoranda on defendant's motion to reconsider.  **On or before July 1, 2019, defendant may file a supplemental memorandum in support of his motion to reconsider.  On or before July 15, 2019, the government may file a response.**