IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| **Plaintiff,**   ) | |
| )  | CRIMINAL ACTION |
| v.   ) | |
| )  | No. 07-20090-01-KHV |
| STEVE LOGAN,   ) | |
| )  | |
| **Defendant.**   ) | |
| ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant's Unopposed Motion For Early Termination Of Supervised Release (Doc. #449) filed April 29, 2025.  The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the positions of the U.S. Attorney and the U.S. Probation Office.  For substantially the reasons stated in defendant's unopposed motion, the Court commends Mr. Logan on his successful re-integration into our community and finds that his term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that Unopposed Motion For Early Termination Of Supervised Release (Doc. #449) filed April 29, 2025 is **SUSTAINED**.  The Court terminates the remaining term of defendant's supervised release.  Defendant is discharged.

Dated this 2nd day of May, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge